IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHANE INGRUM, AIS # 271791, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO.  2:10cv874-TMH |
| | ) | |
| OFFICER UNDERWOOD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On May 23, 2011, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 33).  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice.

Done this the 16ᵗʰ day of June 2011.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE